**2013–1809. State ex rel. Quolke v. Strongsville City School Dist. Bd. of Edn.**
Cuyahoga App. No. 99733, 2013-Ohio-4481.

**2013–1826. Holman Rentals, L.L.C. v. Wood Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–2761.

**2013–1827. Chiow v. Wood Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–2763.

**2013–1828. Queen v. Wood Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–2762.

## CASE ANNOUNCEMENTS

*January 27, 2014*

[Cite as *01/27/2014 Case Announcements #2*, 2014-Ohio-265.]

### MOTION AND PROCEDURAL RULINGS

**2013–1510. State v. Bunch.**
Mahoning App. No. 06 MA 106. This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County.

It is ordered by the court, sua sponte, that appellee's response, if any, to appellant's expedited motion to hold this case for the decisions in case No. 2012–1410, *State v. Long*, 1st Dist. Hamilton No. C–110160, 2012-Ohio-3052, and case No. 2013–1591, *State v. Quarterman*, 9th Dist. Summit No. 26400, 2013-Ohio-3606, or, in the alternative, to consider this case jointly with case No. 2014–1591 [sic, 2014–0120], *State v. Moore*, 7th Dist. Mahoning No. 08 MA 20, 2013-Ohio-5868, case Nos. 2013–1281 and 2013–1703, *State v. Barnette*, 7th Dist. Mahoning No. 02 CA 065, and case No. 2013–1550, *State v. Evans*, 9th Dist. Lorain No. 07CA009274, shall be filed no later than Friday, January 31, 2014.

## CASE ANNOUNCEMENTS

*January 28, 2014*

[Cite as *01/28/2014 Case Announcements*, 2014-Ohio-270.]

### MOTION AND PROCEDURAL RULINGS

**2013–1174. State v. Laber.**
Lawrence App. No. 12CA24, 2013-Ohio-2681. This cause is pending before the court as an appeal from the Court of Appeals for Lawrence County.

Upon consideration of appellant's motion for appointment of counsel, it is ordered by the court that the motion is granted and the Ohio Public Defender's Office is appointed to represent appellant.

**2013–1598. Sanborn v. Hamilton Cty. Budget Comm.**
Board of Tax Appeals, No. 2010–938. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the motion for admission pro hac vice of Kelsey Hackem, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.